UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:                                                                                  Chapter 11 Case

CHILDREN OF AMERICA (Lansdale), LLC,                      Case No. 15-14629-PGH

    Debtor.
_____/

## MOTION TO REASSIGN CASE

COMES NOW, the Debtor, Children of America (Lansdale), LLC ("**Debtor**"), by and through its undersigned counsel, and pursuant to Fed. R. Bank. P. 1015 and Local Rule 1015-1(A), and hereby files the instant Motion to Reassign Case. In support thereof, Debtor respectfully submits as follows:

### Jurisdiction

1.    This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157(b) and 1334.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core proceeding pursuant to 28 U.S.C. § 157(b).

### Background

2.    On March 13, 2015, Debtor filed its voluntary petition for relief under Chapter 11, Title 11, United States Code (the "**Bankruptcy Code**") in this Honorable Court.

3.    Since that time, Debtor has operated as debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code, no trustee or examiner having been sought or appointed.

4.    Debtor is a wholly-owned indirect subsidiary of Children of America, Inc., a Florida corporation.

5. On March 4, 2015, Children of America, Inc. filed its voluntary petition for relief under Chapter 11, Title 11, United States Code. That case was assigned to the Honorable Erik P. Kimball under Case No. 15-13997-EPK.

## Relief Requested

6. Debtor respectfully requests this Court enter an order reassigning the above-captioned case to the Honorable Judge Kimball.

7. Pursuant to Local Rule 1015-1(A), "[i]f all affected cases have not been assigned to the same judge, the party shall file a separate motion in each case assigned to a judge not presiding over the first-filed case, requesting transfer of each such case to the judge presiding over the first-filed case."

8. Debtor submits that the voluntary petition of Debtor's parent corporation, Children of America, Inc. was first-filed and is currently pending before the Honorable Eric Kimball.

9. Debtor further submits that a reassignment of the instant voluntary petition would be in furtherance of judicial economy and would allow for the expeditious and consistent administration of both petitions under Chapter 11, Title 11 of the Bankruptcy Code.

10. Should this Court grant the instant Motion, Debtor and its parent corporation, Children of America, Inc. will promptly file their Motion for Joint of Administration of Cases with the Honorable Eric Kimball, in accordance with all federal and local rules.

WHEREFORE, Debtor, Children of America (Lansdale), LLC, respectfully requests that this Honorable Court enter an Order reassigning the instant petition to the Honorable Erik P. Kimball, plus such further and other relief as this Court deems just and proper.

                                          **TRIPP SCOTT, P.A.**
                                          *Counsel for Children of America (Lansdale), LLC*
                                          110 S.E. 6th Street
                                          15th Floor
                                          Ft. Lauderdale, FL 33301
                                          Telephone:  954-525-7500
                                          Facsimile:   954-761-7500

By:    /s/ *Charles M. Tatelbaum*
           CHARLES M. TATELBAUM
           *Florida Bar No. 177540*
           cmt@trippscott.com
           CHRISTINA V. PARADOWSKI
           *Florida Bar No. 0056708*
           cvp@trippscott.com

### Certificate of Service

      I hereby certify that on March 13, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Master Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF or by first class U.S. mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                          By:    /s/ *Charles M. Tatelbaum*
                                                     CHARLES M. TATELBAUM

### SERVICE LIST

**15-14629 Notice will be electronically mailed to:**

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Charles M Tatelbaum on behalf of Debtor Children of America, Inc.
cmt@trippscott.com, lxc@trippscott.com

**15-14629 Notice will not be electronically mailed to:**

EXHIBIT "A"

PROPOSED ORDER
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:                                                                                         Chapter 11 Case

CHILDREN OF AMERICA (Lansdale), LLC,                             Case No. 15-14629-PGH

    Debtor.
_____/

**THIS MATTER** came before the Court on the _____ day of March, 2015 at _____, in West Palm Beach, Florida, upon the *Debtor's Motion to Reassign Case* (the "Motion") (D.E. _____) filed by the above-captioned debtor in possession ("Debtor").[1]  The Motion seeks reassignment of the Debtor's above-captioned case to the Honorable Erik P. Kimball, based upon Debtor's parent corporation's petition for relief, first-filed and currently pending before that Court, under Case No. 15-13997-EPK.

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

The Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of the Debtor, its estate, and its creditors; (iv) proper and adequate notice of the Motion and the hearing thereon has been given and that no other or further notice is necessary; and (v) upon the record herein after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein. Accordingly, it is **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's petition for relief under Chapter 11, Title 11, United States Code, assigned to this Court as Case No. 15-14629-PGH, is hereby reassigned to the Honorable Erik P. Kimball, and shall be recaptioned as Case No. 15-14629-EPK.

3. This Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

# # #

**Submitted by:**
**TRIPP SCOTT, P.A.**
*Counsel for Children of America (Lansdale), LLC*
110 S.E. 6th Street
15th Floor
Ft. Lauderdale, FL 33301
Telephone: 954-525-7500
Facsimile: 954-761-7500
By:    /s/ *Charles M. Tatelbaum.*
CHARLES M. TATELBAUM
*Florida Bar No. 177540*
cmt@trippscott.com
CHRISTINA V. PARADOWSKI
*Florida Bar No. 0056708*
cvp@trippscott.com

<u>Copies to:</u>

*(Attorney Tatelbaum is directed to mail a conformed copy of this Order, immediately upon receipt, to all parties in interest).*